IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|    Coretta Shepard | ) | Under Chapter 13 |
| | ) | |
| | ) | |
| | ) | Bk. No: 18-30847 |
|    Debtor(s) | ) | |

## NOTICE OF INVALID ADDRESS FOR TRUSTEE DISBURSEMENTS

**NOTICE IS HEREBY GIVEN** that the Trustee has received the June disbursement check sent to HOME POINT FINANCIAL CORP at P. O. BOX 790309, ST LOUIS, MO 63179 due to an invalid/insufficient address. As such, until the creditor and/or Debtor(s) file a *Notice of Change of Address for Trustee Payments\** with the Court, the Trustee shall refrain from making any further disbursements to this creditor at the payment address listed above. Rather, the Trustee shall reserve future funds until (i) the filing of the required Notice of Change of Address for Trustee Payments; or (ii) the funds are tendered to the registry of the Court. A copy of the requisite form can be obtained on the Trustee's website at www.simonch13trustee.com.

**\*The filing of the *Notice of Change of Address for Trustee Payments* should not be construed to affect the Court's Mailing Matrix. Rather, the required Notice is to be used solely by the Chapter 13 Trustee to disburse payments due under the Plan.**

Respectfully submitted on this day, Wednesday, July 29, 2020.

                                                     **/s/Russell C. Simon**
                                                   RUSSELL C. SIMON
                                                   Chapter 13 Trustee
                                                   24 Bronze Pointe
                                                   Swansea, IL  62226
                                                   Telephone: (618) 277-0086
                                                   Telecopier: (618) 234-0124

MB

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing Notice of Invalid Address for Trustee Disbursements was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Wednesday, July 29, 2020.

                                                   /s/ Mindy

Coretta Shepard
1321 Floradora Dr
Belleville, IL  62220

PEARSON C. J. BUSH
P. O. BOX 2737
EAST ST. LOUIS, IL 62202


SOTTILE & BARILE ATTORNEYS AT LAW
P. O. BOX 476
LOVELAND, OH  45140


HOME POINT FINANCIAL CORP
11511 LUNA RD STE 300
FARMERS BRANCH, TX  75234


Home Point Financial Corp
14800 Frye Rd #660936
Fort Worth, TX 76155